0    5603

No opinion
ever issued
under this #.